**Order entered April 10, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00408-CV

### IN RE NICHOLAS LACY, Relator

**Original Proceeding from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F91-02981**

## ORDER

Before Justices Brown, Molberg, and Nowell

Before the Court is relator's April 9, 2019 petition for writ of mandamus.  We request

that the real party in interest and respondent file their responses, if any, to the petition **by April**

**25, 2019.**

/s/     KEN MOLBERG
   JUSTICE